DOC # 4 *Original*

*For Judge Marrero*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCIA RAFTER

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

U.S. DISTRICT COURT FILED DEC 09 2008 S.D. OF N.Y.

PRO SE OFFICE

08 Civ. 7656 (VM) ( )

- against -

Jeffrey Liddle, et al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed affirmation of MARCIA RAFTER
*(name)*
affirmed on 12 / 5, 2008, and ~~upon the exhibits attached thereto~~ *(delete if no ~~exhibits~~)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no Memorandum of Law)*, and the pleadings herein, plaintiff/defendant will move this Court, before

*(circle one)*
JUDGE MARRERO, (United States District)/Magistrate Judge, for an order
*(Judge's name)* AND ALL FRCP *(circle one)* that
pursuant to Rule 4, 15, A of the Federal Rules of Civil Procedure granting *(state what you want the Judge to order):* Plaintiff's case is Reinstated to the Active Docket, and that the court order the clerk of the court to issue a New summons and that the court grant that plaintiff may have serve defendants by CERTIFIED U.S. Mail Return Recipt Required and the court grant plaintiff 60 days from the date of the court's order to effectuate service. And any further relief Deemed Just and Proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Denver, CO
*(city)* *(state)*
12   5, 2008
*(month)* *(day)* *(year)*

Signature: Marcia Rafter
Address: P.O. Box 6135
Denver, CO 80206
Telephone Number: 212 810-9650
~~Fax Number (if you have one)~~

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: Rev. 05/2007
DATE FILED: 5/26-09

Request GRANTED. The time for plaintiff to serve defendants in this action is extended to 7-31-09 and may do so by certified U.S. mail, return receipt requested. The Clerk of Court may issue a new summons to defendant.

SO ORDERED:
5-26-09
DATE  VICTOR MARRERO, U.S.D.J.